In the Matter of the Application of JOSEPH NUSSBAUM, Appellant, against ERSHTE DZIKOWER CHEVRA ANSHI RABBI ISAAC MIZIDACZOW, Respondent.—

Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.